NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAJD KAM-ALMAZ,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5059

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-007, Judge Lawrence M. Baskir.

---

## ON MOTION

---

## ORDER

Majd Kam-Almaz moves for a 14-day extension of time, until July 22, 2011, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 1 9 2011
—————————————
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Sarah A. Murray, Esq.
    Matthew James Dowd, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 9 2011

JAN HORBALY
CLERK